SUPPRESSED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NUMBER 14-30078-DRH |
| | ) | 18 U.S.C. § 981(a)(1)(C) |
| | ) | 18 U.S.C. § 1952(a)(3) |
| KYONG SUK KIPILLA, | ) | 28 U.S.C. § 2461 |

FILED

APR 23 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

**INDICTMENT**

**THE GRAND JURY CHARGES:**

From on or near May 24, 2012, and continuing until on or about April 17, 2014, in St. Clair County, within the Southern District of Illinois, and elsewhere, defendant,

KYONG SUK KIPILLA,

used a facility in interstate commerce, namely telephone services and the internet, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, that is, a business enterprise involving prostitution offenses in violation of the laws of Illinois, and thereafter performed and attempted to perform an act to promote, manage, establish and carry on and to facilitate the promotion, management, establishment, and carrying on of such unlawful activity. All in violation of Title 18, United States Code, Section 1952(a)(3).

**Forfeiture Allegation**

Upon conviction of the offense alleged in Count 1 of this Indictment, defendant

KYONG SUK KIPILLA,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such

violation and any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation. The property to be forfeited includes, but is not limited to: **$9,000.00 in United States currency.**

**A TRUE BILL**

[redacted]

FOREPERSON

MONICA A. STUMP
Assistant United States Attorney

STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: Bond