**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 14-cr-30078-MJR** |
| | ) | |
| **KYONG SUK KIPILLA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER OF DISMISSAL**

**REAGAN, Chief Judge:**

As stated on the record in open court today in the sentencing in *USA v. Kipilla,* Case No. 15-cr-30125-MJR, the undersigned **GRANTS** the unopposed oral motion of the United States and **DISMISSES** the above-captioned case (No. 14-cr-30078-MJR) with prejudice. All settings are canceled, and the Clerk's Office will close this case.

IT IS SO ORDERED.

DATED MARCH 4, 2016.

s/ Michael J. Reagan
Michael J. Reagan
United States District Judge